UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | : : : : : : : : : : : | Master File:   07-mc-0014 (RMU) <br><br> Member Cases: <br> 06-cv-483:   *Sloan et al. v. United States* <br> 07-cv-050:   *Gurrola et al. v. United States* <br> 07-cv-051:   *Cohen v. United States* <br> 06-cv-11459:   *Belloni v. Verizon Commc'ns* <br><br> MDL Docket No. **1798** |
| This Document Relates To: ***Cohen v. United States*** | | |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28 ,2006 I electronically filed Neiland Cohen's Brief in Opposition to Government's Motion to Dismiss Cohen's Claim Under the Administrative Procedure Act and its exhibit with the Clerk of the Court using the **ECF system** which will send notification of such filing to the following:

Gregory E. Van Hoey
Ivan C. Dale
U.S. Department of Justice
Tax Division
555 4th Street NW
P.O. Box 7238
Washington, D.C.  20044-7238

Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford PA  19041

Jonathan W. Cuneo
Charles J. LaDuca
Steven N. Berk
Robert Cynkar
CUNEO GILBERT & LADUCA LLP
507 C Street N.E.
Washington, D.C.  20002

Sydney A. Backstrom
Richard F. Scruggs *(through Backstrom)*
SCRUGGS LAW FIRM, PA
120A Courthouse Square
P.O. Box 1136
Oxford MS  38655

Daniel Paul Collins
Daniel L. Geyser *(through Collins)*
Burton A. Gross *(through Collins)*
Joseph D. Lee *(through Collins)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles CA  90071

Richard Henry Dolan
Schlam Stone & Dolan, LLP
26 Broadway
New York NY  10004

| | |
|---|---|
| Christopher R. Neufeld | R. Gaylord Smith |
| Kelechi O. Onyeobia | Lewis Brisbois Bisgaard & Smith |
| Law Offices of Kelechi O. Onyeobia, P.C. | 550 West C Street, Suite 800 |
| 1218 Walton Avenue, Suite 108 | San Diego CA  92101 |
| Bronx NY  10452 | |

I hereby certify that on February 28, 2006 I have **mailed** by United States Postal Service Neiland Cohen's Brief in Opposition to Government's Motion to Dismiss Cohen's Claim Under the Administrative Procedure Act and its exhibit to the following **non-ECF** participants:

| | |
|---|---|
| Christopher Weld, Jr. | John P. Frantz |
| Kevin T. Peters | One Verizon Way |
| TODD & WELD LLP | VC54N067 |
| 28 State Street | Basking Ridge NJ  07920 |
| Boston MA  02109 | |
| | |
| Alejandro Mayorkas | P. Scott Wolleson |
| Sandra Sepulveda | The Boles Law Firm |
| O'MELVENY & MYERS LLP | P.O. Box 2065 |
| 400 South Hope Street | Monroe LA  71207-2065 |
| Los Angeles CA  90071 | |

Dated this 28th day of February, 2007.

s/ Michael A. Bowen
Attorney Bar Number:  1016965 (Wis.)
Zhu (Julie) Lee
Attorney Bar Number:  1032454 (Wis.)
Isaac J. Morris
Attorney Bar Number:  1053535 (Wis.)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee WI  53202-5306
Telephone:  (414) 271-2400

Michael D. Leffel
Attorney Bar Number:  464721 (D.C.)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison WI  53703-1481
(608) 258-4258

<u>Direct Inquiries to:</u>
Michael A. Bowen
Telephone:  (414) 297-5538
Facsimile:  (414) 297-4900

2

          E-mail:  mbowen@foley.com

         **Attorneys for Plaintiff Cohen**

MILW_2230356.1