**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            :
                                            :   MDL No. 1798
IN RE: LONG-DISTANCE TELEPHONE   :
SERVICE FEDERAL EXCISE TAX      :   Judge Ricardo M. Urbina
REFUND LITIGATION                :
                                            :   Docket No. 1:07-mc-00014-RMU
_____:

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibit 2, which is submitted on behalf of the Plaintiffs as an attachment to the Joint Status Report, is in paper form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

DATED: March 30, 2007.

CUNEO GILBERT & LADUCA, LLP

By:_____/s/_____
Jonathan W. Cuneo, Esq. (DC Bar# 939389)
Robert J. Cynkar, Esq. (DC Bar# 957845)
William Anderson, Esq. (DC Bar # 502380)
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

Nicholas E. Chimicles, Esq. (pro hac vice)
Benjamin F. Johns, Esq. (pro hac vice)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

- 2 -

Michael A. Bowen
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Henry D. Levine, Esq. (DC Bar# 952770)
Stephen J. Rosen, Esq. (DC Bar# 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, DC 20036

Sidney A. Backstrom
SCRUGGS LAW FIRM
P.O. Box 1136
120A Courthouse Square
Oxford, MS 38655

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith
550 West C. Street, 8th Fl
San Diego, CA 92101

*Plaintiffs' Executive Committee
in MDL-1798*

*In re: Long-Distance Telephone Service Federal Excise Tax Refund Litigation* - MDL No. 1798

Suggested Reading Materials to Assist the Court in Resolving the Outstanding Claims and Issues in the Motions to Dismiss Directed to the Operative Complaints Filed in *Cohen, Sloan* and *Gurrola*.

| | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| **I. APA CLAIMS.** | | |
| Notice 2006-50 Exceeds Agency Authority. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 82-88.<br>(2) Sloan Brief in Support of Preliminary Injunction: pages 1-8; 15-23.<br>(3) Sloan Brief in Opposition to the motion to dismiss the second amended complaint: pages 13-19.<br>(4) Sloan Reply Motion in Support of Preliminary Injunction: pages 1-19. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in Sloan: pages 1-14. |
| Notice 2006-50 was Illegally Promulgated Without Notice and Comment. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 89-94.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 13-19.<br>(3) Cohen Second Amended Complaint: ¶¶ 26-29.<br>(4) Sloan Motion for Preliminary Injunction: pages 1-8; 15-26.<br>(5) Reply Motion in Support of Preliminary Injunction filed in Sloan: pages 1-10.<br>(6) Cohen Brief in opposition to the Moiton to Dismiss the APA claim, at pages 1-13. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in Sloan: pages 1-14.<br>(4) Motion to Dismiss APA Claim in Cohen Second Amended Complaint: pages 1-16. |
| Notice 2006-50 is Arbitrary & Capricious. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 95-98.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 13-19.<br>(3) Sloan Motion for Preliminary Injunction: pages 1-8; 15-26.<br>(4) Reply Motion in Support of Preliminary Injunction filed in Sloan: pages 1-24; Expert Report Exhibit.<br>(5) Cohen Brief in opposition to the Moiton to Dismiss the APA claim, at pages 1-13. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in Sloan: pages 1-14.<br>(4) Motion to Dismiss APA Claim in Cohen Second Amended Complaint: pages 1-16. |

| II. CON. LAW CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Violation of Due Process in the Exaction of the FET. | (1) Sloan Second Amended Complaint: ¶¶ 1-65.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of Due Process Because of the Absence of Post-Deprivation Relief. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 66-70.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of the Takings Clause. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 71-75.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27.<br>(3) Gurrola First Amended Complaint: ¶¶ 90-94.<br>(4) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 5-13. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, at pages 22-23.<br>(4) Reply Brief in Support of the Motion to Dismiss the First Amended Gurrola Complaint, at pages 4-6. |
| Violation of Substantive Due Process. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 76-81.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-24. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of the Uniformity Clause. | (1) Gurrola First Amended Complaint: ¶¶ 58-63; 95-98.<br>(2) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 14-16. | (1) Reply Brief in Support of the Motion to Dismiss the First Amended Gurrola Complaint, at pages 8-9. |

| III. TAX REFUND CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Plaintiffs Have Satisfied I.R.C. § 7422 by Filing a Class Refund Claim. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 106-111.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 35-42. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 18-20. |
| I.R.C. § 7422 Has Not Been Made Effective due to Failure to Promulgate Necessary Regulations. | (1) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 31-39. | (1) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 18-20. |
| I.R.C. § 7422 Has Been Waived and/or Rendered Futile. | (1) Cohen Second Amended Complaint: ¶¶ 12; 22-25.<br>(2) Gurrola First Amended Complaint: ¶ 53-57; 103-108.<br>(3) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: page 18-21.<br>(4) Cohen Reply Brief in Support of Class Certification at pages 3-5.<br>(5) Cohen Brief in Support of Summary Judgment at pages 5-7.<br>(6) Sloan Second Amended Complait at ¶109<br>(7) Sloan Brief in Opposition to the Motion to Dismiss, pages 39-42. | (1) Motion to Dismiss the Refund Claim filed in Cohen at pages 1-12. |
| I.R.C. § 7422 Has Been Satisfied Because One or More Named Plaintiff's Refund Claims Has Been Denied. | (1) Sloan Second Amended Complaint: ¶¶ 23-24; 109-111.<br>(2) Cohen Second Amended Complaint: ¶¶ 10; 22-25.<br>(3) Cohen Brief in Opposition to the Motion to Dismiss the Refund Claim: pages 2-14.<br>(4) Sloan Brief in Opposition to Motion to Dismiss Second Amended Complaint: pages 35-42. | (1) Motion to Dismiss the Sloan Second Amended Complaint: pages 10-16.<br>(2) Motion to Dismiss the Refund Claim in the Cohen Complaint: pages 1-11. |

| | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| **IV. OTHER CLAIMS.** | | |
| Unjust Enrichment. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 99-102.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 19-24.<br>(3) Gurrola First Amended Complaint: ¶ 114-116. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, pages 20-25. |
| Illegal Exaction. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 103-105<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 19-24.<br>(3) Gurrola First Amended Complaint: ¶¶ 99-102.<br>(4) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 17-18. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, pages 20-25. |
| Injunctive Relief to Stop the Implementation of Notice 2006-50. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 112-117.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 27-29.<br>(3) Sloan 2nd Brief in Support of Preliminary Injunction.<br>(4) Second Brief in Further Support of Preliminary Injunction filed in Sloan. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-23.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 14.<br>(3) Brief in Opposition to Second Motion for Preliminary Injunction filed in Sloan. |
| Declaratory Relief to Stop the I.R.S. from Acting Beyond its Authority. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 112-117<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 29-30. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18; 23-24.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 14. |
| Conversion. | (1) Gurrola First Amended Complaint: ¶¶ 117-122. | |
| Violation of the Federal Truth in Billing Regulations. | (1) Gurrola First Amended Complaint: ¶¶ 133-137. | |