A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Long-Distance Telephone Service Federal Excise
Tax Refund Litigation, MDL 1798
BELLONI, ET AL.

|  |  |  |
|---|---|---|
| | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER   07-mc-0014 (RMU) (06-cv-11459) |
| VERIZON COMMUNICATIONS, ET AL. | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of   John J. Lavelle   as counsel in this
(Attorney's Name)

case for:   T-Mobile USA, Inc.
(Name of party or parties)

May 31, 2007
————————————————
Date

Pro Hac requirement waived by Judge Urbina's Order.

BAR IDENTIFICATION

————————————————
Signature

John J. Lavelle
Print Name

Sidley Austin LLP, 787 Seventh Avenue
Address

New York, New York  10019
City          State          Zip Code

212-839-5396
Phone Number