**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| In re LONG-DISTANCE TELEPHONE | : | Master File: | 07-mc-0014 (RMU) |
| SERVICE FEDERAL EXCISE TAX | : | Member Cases: | |
| REFUND LITIGATION | : | 06-cv-483: | *Sloan et al. v. United States* |
| | : | 07-cv-050: | *Gurrola et al. v. United States* |
| | : | 07-cv-051: | *Cohen v. United States* |
| | : | 06-cv-11459: | *Belloni v. Verizon Commc'ns* |
| This Document Relates To: | : | | |
| **ALL CASES** | : | MDL Docket No: **1798** |
| | : | | |

**ORDER**

**DIRECTING INTERESTED PARTIES TO SHOW CAUSE WHY CONSENT**
**FOR TRANSFER SHOULD NOT BE GRANTED**

On January 16, 2007, the Judicial Panel on Multidistrict Litigation (hereinafter, "MDL

Panel") provisionally transferred *Belloni v. Verizon Communications* to this court for

consolidation with the above captioned multidistrict litigation. *Belloni v. Verizon Comm'cns*,

No. 1798 (JPML Jan. 16, 2007) (Conditional Transfer Order (CTO-1)). Responding to motions

to vacate this provisional transfer order, the MDL Panel, on April 19, 2007, issued a final order

transferring the *Belloni* matter to this court. *Belloni*, No. 1798 (JPML April 19, 2007) (Transfer

Order). Under the terms of that order, the MDL Panel transfers the *Belloni* action pending "the

consent" of this court "for inclusion in the coordinated or consolidated pretrial proceedings[.]"

*Id.* at 2; 28 U.S.C. § 1407(b) (stating that "actions may be assigned by the panel . . . [w]ith the

consent of the transferee district"). To assist the court in determining whether to grant consent

for the transfer and consolidation, it is this ___ day of June, 2007 hereby

**ORDERED** that any party wishing show cause why the court should not consent to the

transfer and consolidation of the *Belloni* case must do so within 30 calendar days of this order,

and it is

**FURTHER ORDERED** that oppositions thereto must be filed within 15 calendar days

thereof, with replies due within 10 calendar days thereof.

This case is hereby **STAYED** pending the court's determination of consent to the MDL

Panel's transfer order.

**SO ORDERED**.


                                            RICARDO M. URBINA
                                            United States District Judge