# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL Docket No. 1798<br>Master File: 07-mc-0014 (RMU) |
| This Document Relates To<br>*Cohen v. United States* | Member Case:  07-cv-051 (RMU) |

## NOTICE OF APPEAL

Notice is hereby given that Neiland Cohen, the plaintiff in *Cohen v. United States,* Docket No. 07-cv-051 (RMU), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order (Dkt. No. 63) and Memorandum Opinion (Dkt. No. 64) entered in this action on the 25th day of March, 2008.

Dated this 11th day of April, 2008.

    s/ Michael A. Bowen
    Michael A. Bowen, Bar Number:  1016965 (Wis.)
    FOLEY & LARDNER LLP
    777 East Wisconsin Avenue
    Milwaukee WI  53202-5306
    (414) 271-2400

    Michael D. Leffel, Bar Number:  464721 (D.C.)
    FOLEY & LARDNER LLP
    150 East Gilman Street
    Madison WI  53703-1481
    (608) 258-4258

    <u>Direct Inquiries to:</u>
    Michael A. Bowen
    (414) 297-5538 direct
    (414) 297-4900 facsimile
    mbowen@foley.com

    **Attorneys for the Plaintiff**