# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | : | |
| | : | MDL Docket No. 1798 |
| IN RE: LONG-DISTANCE TELEPHONE | : | Master File: 07-mc-0014 (RMU) |
| SERVICE FEDERAL EXCISE TAX | : | |
| REFUND LITIGATION | : | |
| | : | |
| This Document Relates To | : | |
| *Cohen v. United States* | : | Member Case: 07-cv-051 (RMU) |
| _____ | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2008 I electronically filed plaintiff's Notice of Appeal with the Clerk of the Court using the **ECF system** which will send notification of such filing to the following:

Gregory E. Van Hoey
Joseph E. Hunsader
U.S. Department of Justice
Tax Division
P.O. Box 7238
Washington, D.C.  20044-7238
**gregory.van.hoey@usdoj.gov**
**joseph.e.hunsader@usdoj.gov**

Dated this 11th day of April, 2008.

s/ Michael A. Bowen
Michael A. Bowen, Bar Number:  1016965 (Wis.)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee WI  53202-5306
(414) 271-2400

Michael D. Leffel, Bar Number:  464721 (D.C.)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison WI  53703-1481
(608) 258-4258

Direct Inquiries to:
Michael A. Bowen
(414) 297-5538 direct
(414) 297-4900 facsimile

mbowen@foley.com

**Attorneys for the Plaintiff**

MILW_6328526.1