# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-5088**                                         **September Term 2007**

1:07-cv-00051

**Filed On:**  June 24, 2008

Neiland Cohen,

    Appellant

v.

United States of America,

    Appellee

---

Consolidated with 08-5093, 08-5174

### O R D E R

Upon consideration of the motion to consolidate and for leave to file an oversized appellee's brief, and the response thereto, it is

**ORDERED**, on the court's own motion, that these cases be consolidated. Because it appears that the consolidated cases present potential problems of duplicative briefing, it is

**FURTHER ORDERED**, on the court's own motion, that the parties submit within 30 days of the date of this order, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. The parties are directed to provide detailed justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                           BY:    /s/
                                  Lynda M. Flippin
                                  Deputy Clerk/LD